1  PETER J. BEZEK, Bar No. 102310
   ROBERT A. CURTIS, Bar No. 203870
2  JUSTIN P. KARCZAG, Bar No. 223764
3  FOLEY BEZEK BEHLE & CURTIS, LLP
   15 West Carrillo Street
4  Santa Barbara, California 93101
   Telephone (805) 962-9495
5  Facsimile (805) 965-0722
6  Email: pbezek@foleybezek.com
           rcurtis@foleybezek.com
7          jkarczag@foleybezek.com

8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MATTHEW BERLAGE, AARON LINSKY, and JAMES FAIRBANKS, on behalf of themselves and all others similarly situated<br><br>*Plaintiffs,*<br>v.<br><br>GOOGLE, INC., a Delaware corporation;<br><br>*Defendant.* | Case No.: CV10-02187<br><br>Judge: Magistrate P. Trumbull<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br><br>**AND**<br><br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
|---|---|

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE:

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

/ / /

/ / /

---

1                                                                                    Case No.: C 06 0715 SC

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

Dated: May 26, 2010

Respectively Submitted,

_/s/ Justin P. Karczag_____
Peter J. Bezek, Esq.
Robert A. Curtis, Esq.
Justin P. Karczag, Esq.
FOLEY BEZEK BEHLE & CURTIS, LLP
15 West Carrillo Street
Santa Barbara, CA 93101
Tel:  (805) 962-9495
Fax: (805) 962-0072

*Pending Pro Hace Vice:*
Christian A. Jenkins
MINNILLO & JENKINS, Co. LPA
2712 Observatory Ave.
Cincinnati, OH 45208
Tel: (513) 723-1600
Fax: (513) 723-1620
Of Counsel